JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> $69,020.00 IN U.S. CURRENCY, <br><br> Defendant. | Case No. EDCV 15-00077-VAP (SPx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

This action arose from the Verified Complaint for Forfeiture ("Complaint") filed herein on January 14, 2015.  Notice of this action has been given in the manner required by law and potential claimants Roberto Ortiz Rivas and Teresa Ortiz Ayon have not appeared by filing a valid Statement identifying their rights or interests with this Court.  Further, potential claimants Roberto Ortiz Rivas and Teresa Ortiz Ayon have not filed an Answer to the Complaint or otherwise defended their interests, if any, in the defendant $69,020.00 in U.S.

currency ("defendant currency"). Therefore, the Court deems that potential claimants Roberto Ortiz Rivas and Teresa Ortiz Ayon, and all other potential claimants, admit the allegations of the Complaint to be true.

ACCORDINGLY, IT IS ORDERED, ADJUDGED AND DECREED that all right, title, and interest of all potential claimants in and to the defendant currency is condemned and forfeited to the United States of America.

Dated: <u>July 8, 2015</u>

_____
VIRGINIA A. PHILLIPS
United States District Judge